_____

No. 96-1196
_____

In re: Calvin Lee Sale,          *
                                 *
        Debtor,                  *
                                 *
------------------               *
                                 *
Calvin Lee Sale,                 *  Appeal from the United States
                                 *  District Court for the
        Appellant,               *  Southern District of Iowa.
                                 *
     v.                          *  (UNPUBLISHED)
                                 *
U.S. Department of Education;    *
Iowa Student Aid Commission,     *
                                 *
        Appellees.               *


_____

               Submitted:  October 7, 1996

                   Filed:  October 15, 1996
                        _____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                        _____

PER CURIAM.


     Calvin Lee Sale appeals the district court's[1] order dismissing his
bankruptcy appeal for failure to prosecute.  We conclude the district
court did not abuse its discretion in dismissing Sale's appeal.
Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Harold D. Vietor, United States District
Judge for the Southern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.